

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

GWENDOLYN V. ANDREWS,

     Plaintiff,

v.                           Civil Action No. 3:07cv447

VIRGINIA UNION UNIVERSITY,
et al.,

     Defendants.

### ORDER

Having received from the defendant, Millicent J. Carvalho, a letter dated June 17, 2008, having received a MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT DR. MILLICENT J. CARVALHO filed by Henry L. Marsh, III on his behalf and on behalf of Hill, Tucker and Marsh, P.L.L.C. (Docket No. 80), having received the JOINT MOTION TO ENFORCE THE TERMS OF THE PARTIES' SETTLEMENT filed by the plaintiff and the defendant, Virginia Union University (Docket No. 78), and the supporting memorandum, having received PLAINTIFF'S MOTION FOR THE EXPEDITED RESOLUTION OF THE JOINT MOTION TO ENFORCE SETTLEMENT AND THE MOTIONS TO WITHDRAW FILED BY HILL, TUCKER & MARSH, PLLC, AND MORAN BROWN, PC (Docket No. 84) and having received a letter dated July 3, 2008 from Dr. Carvalho, and it appearing that it is appropriate and in the justice so to do, it is hereby ORDERED that:

(1) all parties and their counsel shall appear for a hearing on the pending motions on July 14, 2008 at 9:30 a.m.;



(2)   unless and until Mr. Lonas is permitted to withdraw, he remains as counsel of record to Dr. Carvalho;

(2)   if the defendant, Millicent J. Carvalho, wishes to retain another counsel to appear on her behalf to appear that hearing, she may do so but, if she does not have counsel by that time, she may represent herself if Mr. Lonas is permitted to withdraw.

It is further ORDERED that the Clerk is directed to send copies of Dr. Carvalho's letters dated June 17, 2008 and July 3, 2008 to all counsel of record.  All counsel of record are directed to send to Dr. Carvalho copies of all of the pleadings mentioned in this Order immediately; and

(3)   the trial in this case is continued generally pending further Order of the Court and resolution of the pending motions.

The Clerk is directed to send a copy of this Order to Millicent J. Carvalho at the address in the records and the return address in her letter.

It is so ORDERED.

_____/s/_____

Robert E. Payne
Senior United States District Judge


Richmond, Virginia
Date: July 8, 2008


2