IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| REV. GWENDOLYN V. ANDREWS | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:07cv447 |
| VIRGINIA UNION UNIVERSITY, et al. | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and by stipulation of the parties, by counsel, it is hereby ADJUDGED, ORDERED and DECREED that all claims raised by the Plaintiff in this action are DISMISSED WITH PREJUDICE, all parties to bear their own costs and attorney's fees.

The Clerk is hereby directed to send a certified copy of this Order, as entered, to all counsel of record herein.

ENTER:   07 / 23 / 08

/s/ REP
_____
United States District Court Judge



WE ASK FOR THIS:

_____
Richard F. Hawkins, III, VSB#: 40666
The Hawkins Law Firm, PC
One East Cary Street, Suite 201
Richmond, Virginia 23219
Phone: (804) 228-4900
Fax: (804) 644-6553
E-mail: rhawkins@thehawkinslawfirm.net

    Counsel for Plaintiff


_____
Henry L. Marsh, III, VSB#: 05691
Frederick H. Marsh, VSB#: 40133
Hill, Tucker & Marsh, PLLC
422 East Franklin Street, Suite 301
Richmond, Virginia 23219
Phone: (804) 648-9073
Fax: (804) 648-2116
E-mail: htm@htm-law.com

    Counsel for Virginia Union University


_____
C. Dewayne Lonas, VSB#: 44298
Moran Brown, PC
4110 E. Parham Road
Richmond, VA 23228
Phone: (804) 864-4820
Fax: (804) 864-4870
E-mail: dlonas@moranbrownpc.com

    Counsel for Millicent J. Carvalho, Ph.D.